UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                               Case No. 6:09-cv- 1851-Orl-28KRS

SIXTY-FOUR 68.5 LBS (APPROX.) SILVER BARS,

SIX 400 OZ GOLD BARS,

EIGHTEEN KILOGRAM GOLD BARS,

FOUR 1 OZ GOLD COINS,

TWELVE 1 OZ GOLD BARS,

FOUR CONTAINERS OF GOLD CASTING GRAIN,

    Defendants.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 1.04(c)

The United States of America, by and through its undersigned Assistant United States Attorney, and, pursuant to Local Rule 1.04(c), certifies that the above-styled civil forfeiture action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency:

(1)    IN THE MATTER OF THE SEIZURE OF

| | |
|---|---|
| **ALL Physical Gold Bars held at Delaware Depository Service Company Custody Account #32648 in the name of Pegasus Capital Corporation, located at 3601 North Market Street, Wilmington DE 19802, et al.** | Case Nos. 6:09-mj-1023-01 thru 14 (Sealed) |

| | | |
|---|---|---|
| (2) | IN THE MATTER OF THE SEIZURE OF | |
| | Contents of Suntrust Bank Account #1000083744424, in the name of Luzia Maria Trindade, et al. | Case Nos. 6:09-mj-1281 thru 1283 (Sealed) |
| (3) | *DWB Holding Company v. United States of America, et al.* | Case No. 6:08-cv-1881-Orl-28KRS |
| (4) | *DWB Holding Company v. United States of America, et al.* | Case No. 2:09-cv-00102-MHM District of Arizona - Phoenix Div. |
| (5) | IN THE MATTER OF THE SEIZURE OF | |
| | The entire balance of Account Number 0730 660 109 at the Whitney National Bank, Clearwater, Florida in the name of DWB Holdings, LLC | Case No. 08-7313MB District of Arizona (Sealed) |
| (6) | IN THE MATTER OF THE SEIZURE OF | |
| | The entire balance of account number 0095243542 the name of DWB Holdings, LLC., located at Regions Bank Hunter's Creek Office 13700 South John Young Pkwy, Orlando, Florida 32837 | Case No. 08-7361MB District of Arizona (Sealed) |
| (7) | IN THE MATTER OF THE SEIZURE OF | |
| | The entire balance of the Account Number 4601 7675 and the M&I Bank, in the name of DWB Holdings | Case No. 08-3393-MB District of Arizona (Sealed) |
| (8) | IN THE MATTER OF THE SEIZURE OF | |
| | All Precious Metals, including Gold and Silver, held at Inwood Security Vaults Custody Account in the name of Pegasus Capital Corporation, located at 333 Inwood Village, Dallas, Texas 75209 | Case No. 6:09-mj-1028 (Sealed) |

(9)  IN THE MATTER OF THE SEIZURE OF

| | |
|---|---|
| Undetermined amount of Gold and Silver located at 1175 Gould Street, Clearwater, FL 33756, a warehouse, in 3 full size safes approximately six feet tall | Case No. 8:09-mj-1051-T-EAJ (Sealed) |

(10)  IN THE MATTER OF THE SEIZURE OF

| | |
|---|---|
| An undetermined amount of Gold and Silver being stored on behalf of Crown Gold, James Schilling and/or Michael Neal at Oregon Armored Service, Inc., 6645 N. Ensign Street, Portland, OR 97217, in two secured bins labeled "Box 1CG" and "Box 2CG" | Case No. 8:09-mj-1080-T-EAJ (Sealed) |

(11)  IN THE MATTER OF THE SEIZURE OF

| | |
|---|---|
| Undertermined amount of Gold and Silver located at 20455 S. South End Rd., Oregon City, Oregon 97045 | Case No. 8:09-mj-1062-T-EAJ (Sealed) |

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By  *[signature]*
Nicole M. Andrejko
Assistant United States Attorney
Florida Bar No. 0820601
501 West Church St., Suite 300
Orlando, Florida  32805
(407) 648-7500 - telephone
(407) 648-7643 - facsimile
E-Mail:    Nicole.Andrejko@usdoj.gov