# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1851-Orl-28KRS**

**SIXTY-FOUR 68.5 LBS. (APPROX.) SILVER BARS, SIX 400 OZ. GOLD BARS, EIGHTEEN KILOGRAM GOLD BARS, FOUR 1 OZ. GOLD COINS, TWELVE 1 OZ. GOLD BARS, FOUR CONTAINERS OF GOLD CASTING GRAIN,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR STAY OF CIVIL FORFEITURE PROCEEDINGS (Doc. No. 85)** |
| **FILED:** | **June 17, 2010** |

The Motion being unopposed, the motion is **GRANTED**. These proceedings are **STAYED** for one hundred twenty (120) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___21st___ day of July, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

_[signature]_
JOHN ANTOON II
United States District Judge